**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**,

**Criminal No. 5:18 – cr - 353**

v.

**DAQUAN DOWDELL, et al.**
         **(Anthony Hopper)**,                         Notice of Appeal

                    Defendant.
_____


Notice is hereby given that Anthony Hopper, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgments entered in this action dated September 24, 2019.


Dated: September 25, 2019          Respectfully submitted,

                                   *Jeffrey R. Parry*
                                   _____
                                   Jeffrey R. Parry, Esq.
                                   Attorney for Defendant Anthony Hopper
                                   Bar Roll No. 508023
                                   7030 East Genesee Street
                                   Fayetteville, N.Y. 13066
                                   (315)424-6115
                                   JeffreyParry404@gmail.com


Cc:   Anthony Hopper (via US Mail)
      Nicolas Commandeur, Esq. (via ECF)
      Kristen L. Grabowski, Esq. (via ECF)
      Jarrod Smith, Esq. (via ECF)